UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re                                           )
                                                )   Bankruptcy Case No. 10-29145
AMY HINGISS                                     )
JOSHUA HINGISS                                  )
                                                )                Chapter 13
        Debtors.                                )
                                                )

## DEBTOR'S NOTICE OF APPEAL

AMY AND JOSHUA HINGISS, hereby provide notice and appeal pursuant to Fed. R. Bankr. P. 8001 and 8002, and pursuant to 28 U.S.C. § 158(a) from the decision and order issued by the Honorable James E. Shapiro, Bankruptcy Judge, entered in this bankruptcy proceeding on December 2, 2010.

The names of all parties to the order and decision appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| Creditor:<br>Muskego Motor Car Company<br>W196S6610 Racine Ave<br>Muskego WI 53150 | Represented by: William Yellin<br>William Yellin Law Office<br>20711 Watertown Rd., Suite A<br>Waukesha, WI 53186-1881<br>(262) 798-1717 |
| Debtors:<br>Amy & Joshua Hingiss<br>34711 Elm Street<br>Oconomowoc, WI 53066<br>(608) 279-2678 | Represented by: Nathan E. DeLadurantey<br>DeLadurantey Law Office<br>700 W. Michigan St., Suite 420<br>Milwaukee, WI 53233<br>(414) 377-0515 |

Trustee Mary B. Grossman
Chapter 13 Trustee
740 North Plankinton Ave., #400
Milwaukee, WI 53203
(414) 273-3944

1

Dated 15th day of December, 2010.

_____
Nathan E. DeLadurantey
State Bar No. 1063937
700 W. Michigan Street, Suite 420
Milwaukee, WI 53233
(414) 377-0515; (414) 755-0860 - Fax
E: nathan@dela-law.com

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

2