UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| In re | ) | |
| | ) | Bankruptcy Case No. 10-29145 |
| Amy Hingiss and | ) | |
| Joshua Hingiss, | ) | |
| Debtors. | ) | |
| | ) | |

---

**AMY AND JOSHUA HINGISS' MOTION TO STAY ENFORCEMENT OF ORDER**

---

Now come AMY AND JOSHUA HINGISS, Debtors, and move the court pursuant to Fed. R. Bankr. P. 8005 for an order staying the order of or any proceedings to enforce the order entered in this action on December 2, 2010, pending AMY AND JOSHUA HINGISS' appeal, filed on December 15, 2010

Dated: December 17, 2010

By: /s/ _______________________.

Nathan E. DeLadurantey

Bar No. 1063937

Drafted By:

Nathan E. DeLadurantey
DeLadurantey Law Office, LLC
700 W. Michigan St, Suite 420
Milwaukee, WI 53233
P: 414-377-0515
F: 414-755-0860
nathan@dela-law.com

Drafted By:

Nathan E. DeLadurantey
DeLadurantey Law Office, LLC
700 W. Michigan St. Suite 420